UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CRIMINAL NO.: 6:03-CR-24-S KKC
CIVIL NO.: 6:05-CV-495-KKC

UNITED STATES OF AMERICA,                                        PLAINTIFF,

vs:                                   **OPINION & ORDER**

ROBERT KEITH ELLIS,                                              DEFENDANT.

This matter is before the Court upon the "Motion to Vacate, Set Aside or Correct Sentence" [R. 73] by the defendant. The matter was then referred to the United States Magistrate Judge for consideration.

On August 16, 2006, the Magistrate Judge filed his Report and Recommendation [R. 108]. Based on a review of the record and applicable law, the Magistrate Judge recommended that Defendant's motion should be denied with prejudice and that a certificate of appealability should not be issued, and gave the parties ten (10) days to file objections.

Defendant has filed his objections to the Magistrate Judge's Report and Recommendation [R. 109]. This Court must make a *de novo* determination of those portions of the Magistrate Judge's proposed report and recommendation to which objection is made. 28 U.S.C. § 636(b)(1)(C). Having considered defendant's objections, which the Court finds to be without merit, and having examined the record and made a *de novo* determination, the Court hereby adopts the Magistrate Judge's proposed findings of fact and conclusions of law.

Accordingly, the Court, being otherwise sufficiently advised, **HEREBY ORDERS** that:

(1)   The Magistrate Judge's Report and Recommendation [R. 108] is hereby **ADOPTED** as the opinion of the Court.

(2)   The Motion to Vacate or Set Aside Sentence [R. 73] is hereby DENIED; and

(3)   A certificate of appealability should not be issued;

Dated this 27th day of November, 2006.

Signed By:
*Karen K. Caldwell*  KKC
United States District Judge