UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CRIMINAL NO.: 6:03-CR-24-S KKC

UNITED STATES OF AMERICA, PLAINTIFF,

vs: **OPINION & ORDER**

ROBERT KEITH ELLIS, DEFENDANT.

This matter is before the Court on the Motion to Proceed *In Forma Pauperis* (Rec. No. 111) filed by the Defendant Robert Keith Ellis.

In accordance with Rule 24(a) of the Federal Rules of Appellate Procedure, Ellis has submitted an affidavit showing his "inability to pay or to give security for fees and costs." Fed. R. App. P. 24(a)(1)(A).

An appeal may be taken in *forma pauperis* if it is taken in good faith. 28 U.S.C. § 1915(a)(3); Fed. R.App. P. 24(a). The good faith standard is an objective one. *Coppedge v. United States,* 369 U.S. 438, 445 (1962). An appeal is not taken in good faith if the issue presented is frivolous. *Id.*

The standard for granting an application for leave to proceed *in forma pauperis* is a lower standard than the standard for certificates of appealability. See *Foster v. Ludwick,* 208 F.Supp.2d 750, 764 (E.D.Mich.2002); *Walker v. O'Brien,* 216 F.3d 626, 631-32 (7th Cir.2000). Whereas a certificate of appealability may only be granted if petitioner makes a substantial showing of the denial of a constitutional right, a court may grant leave to proceed *in forma pauperis* if it finds that an appeal is being taken in good faith. 28 U.S.C. § 1915(a) (3); Fed. R.App. P. 24(a);28 U.S.C. § 2253(c)(2). "Good faith" requires a showing that the issues raised are not frivolous; it does not

require a showing of probable success on the merits. *Foster,* 208 F.Supp.2d at 765. "[T]o determine that an appeal is in good faith, a court need only find that a reasonable person could suppose that the appeal has some merit." *Walker,* 216 F.3d at 632.

Although the Court has declined to issue a certificate of appealability, the Court cannot conclude that Defendant's claims are frivolous. Accordingly, the Court hereby ORDERS that Defendant's motion for leave to proceed on appeal *in forma pauperis* (Rec. No. 111) is GRANTED.

Dated this 21st day of March, 2007.

Signed By:
*Karen K. Caldwell*
United States District Judge